UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JUAN MARRUJO-NEYRA,

               Petitioner,                  CASE NO. 25-13569

v.

                                        Honorable Denise Page Hood

KEVIN RAYCRAFT, FIELD OFFICE
DIRECTOR OF IMMIGRATION AND
CUSTOMS ENFORCEMENT AND
REMOVAL OPERATIONS DETROIT,
et al.,

               Respondents.

_____/

## ORDER AND NOTICE OF HEARING

The Petitioner brings this Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241.  The Court has reviewed the Petition and deems that it is not appropriate for summary dismissal and the parties have agreed to a briefing schedule, therefore,

IT IS ORDERED that to preserve the Court's jurisdiction over this matter, it is ordered that Petitioner's removal or deportation is hereby stayed until further order of the Court.  28 U.S.C. § 1651.  For good cause shown, the Government may move to vacate the stay.

IT IS FURTHER ORDERED that a hearing is set for Wednesday, December 10, 2025, 2:00 p.m.

SO ORDERED.

Dated:  November 19, 2025                S/DENISE PAGE HOOD
                                   DENISE PAGE HOOD
                                   United States District Judge